JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PRECISE AUTO BODY LLC; and TONY MENJIVAR SALCEDO a/k/a TONY SALCEDO,<br><br>　　　　　　　Defendants. | Case No. 2:25-cv-04764-SPG-KS<br><br>**JUDGMENT** |

Pursuant to the Order Granting Plaintiff BASF Corporation's ("Plaintiff") Motion for Default Judgment, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered for Plaintiff on Counts I and II of the Complaint.
2. Plaintiff is awarded damages against Defendants Precise Auto Body LLC and Tony Menjivar Salcedo, jointly and severally, in the total amount of $172,130.35, consisting of $150,329.25 in liquidated damages, $21,251.10 in expectation damages, and $550 in litigation costs.

**IT IS SO ORDERED.**

DATED: January 9, 2026

UNITED STATES DISTRICT JUDGE